1   J. David Bickham (SBN 145449)
    dbickham@reedsmith.com
2   Meghan K. Landrum (SBN 222264)
    mklandrum@reedsmith.com
3   REED SMITH LLP
    1999 Harrison Street, Suite 2400
4   Oakland, CA  94612-3572

5   Connie K. Lew (SBN 244933)
    clew@reedsmith.com
6   REED SMITH LLP
    355 S. Grand Avenue, Suite 2900
7   Los Angeles, CA 90071

8   **Mailing Address:**
    P.O. Box 2084
9   Oakland, CA  94604-2084

10  Telephone:      +1 510 763 2000
    Facsimile:      +1 510 273 8832
11
    Attorneys for Defendant
12  BASF CORPORATION

13              UNITED STATES DISTRICT COURT

14             EASTERN DISTRICT OF CALIFORNIA

15  TOM AVINELIS, KAREN AVINELIS, LYNN        No.: 1:08-cv-00618-LJO-SMS
    SHAFER, and SALLEY SHAFER,
16                                            Hon. Lawrence J. O'Neill
17                          Plaintiffs,
                                              **STIPULATION AND ORDER TO**
18            vs.                             **CONTINUE DISCOVERY**
                                              **DEADLINES SET FORTH IN**
    BASF CORPORATION, and DOES 1 through      **SCHEDULING CONFERENCE ORDER**
19  50, inclusive,

20                          Defendants.

21

22

23          WHEREAS  the  Court  entered  the  November  7,  2008  Scheduling  Conference

24  Order attached as Exhibit A following the October 28, 2008 mandatory scheduling conference

25  establishing deadlines for the completion of certain specified discovery; and

26  / / / /

27  / / / /

28
                                    - 1 -

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS the parties have to date completed some of that discovery and much of the remaining discovery will be completed in the near future; however, the issues in this action have proven to be more complex than anticipated, requiring significantly more time and effort to gather the necessary information than originally estimated;

IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES THAT the following discovery deadlines set forth in the Scheduling Conference Order be continued to the dates indicated or such other dates as may be convenient to the Court:

1.      Expert Disclosure:  The current deadline for the disclosure of expert witnesses is to be extended from August 21, 2009 to October 9, 2009;

2.      Supplemental Expert Disclosure:  The current deadline for any supplemental disclosure of expert witnesses is to be extended from August 31, 2009 to October 20, 2009;

3.      Non-Expert Discovery Cutoff:  The current deadline for the completion of all non-expert discovery and the hearing of any related discovery motions (including motions to compel) is to be extended from September 18, 2009 to November 20, 2009; and

4.      Expert Discovery Cutoff:  The current deadline for the completion of all expert discovery and the hearing of any related discovery motions (including motions to compel) is to be extended from October 23, 2009 extended to November 20, 2009.

/ / / /

/ / / /

/ / / /

/ / / /

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY DEADLINES

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

PDF created with pdfFactory trial version www.pdffactory.com

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS FURTHER STIPULATED THAT all other dates and deadlines referenced on the Scheduling Conference Order entered November 7, 2008 shall remain the same, including the Pre-trial Motion Schedule and the trial date of March 8, 2010.


Dated:  July 20, 2009.                    REED SMITH LLP

                                          By _____/s/J. David Bickham_____
                                             J. David Bickham
                                             Attorneys for Defendant
                                             BASF CORPORATION

Dated:  July  20, 2009.                   LAW OFFICE OF D. MITCHELL TAYLOR

                                          By _____/s/D. Mitchell Taylor_____
                                             D. Mitchell Taylor
                                             Attorney for Plaintiffs
                                             TOM AVINELIS, KAREN AVINELIS, LYNN
                                             SHAFER, and SALLEY SHAFER

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY DEADLINES

PDF created with pdfFactory trial version www.pdffactory.com

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>ORDER</u>**

IT IS HEREBY ORDERED that all pretrial discovery deadlines previously scheduled are vacated, and the following new deadlines established:

1.      Expert Disclosure:  Any expert witness disclosures shall be served by October 9, 2009;

2.      Supplemental Expert Disclosure:  Any expert witness disclosures shall be served by October 20, 2009;

3.      Non-Expert Discovery (and Related Discovery Motions) Cutoff:     All non-expert discovery and related discovery motions (including motions to compel) shall be completed or heard no later than November 20, 2009;

4.      Expert Discovery (and Related Discovery Motions) Cutoff:  All expert discovery and related discovery motions (including motions to compel) shall be completed or heard no later than November 20, 2009.

All other dates and deadlines referenced on the Scheduling Conference Order entered November 7, 2008 shall remain the same.

IT IS SO ORDERED.


DATED:    7/27/2009

                    /s/ Sandra M. Snyder
                  Honorable Sandra M. Snyder
                  United States Magistrate Judge

- 4 -

PDF created with pdfFactory trial version www.pdffactory.com