D.MITCHELL TAYLOR (SBN 109444)
LAW OFFICE OF D. MITCHELL TAYLOR
599 East Serena Avenue
Fresno, California 93720
Telephone: (559) 434-9025
Facsimile: (559) 434-9026

Attorney for Plaintiffs,
TOM AVINELIS, KAREN AVINELIS,
LYNN SHAFER and SALLEY SHAFER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM AVINELIS, KAREN AVINELIS, LYNN SHAFER, and SALLEY SHAFER, <br><br> Plaintiffs, <br><br> v. <br><br> BASF CORPORATION, and DOES 1 through 50, inclusive, <br><br> Defendants, | Case No. 1:08CV618-LJO-SMS <br><br> Hon. Lawrence J. O'Neill <br><br> (Re-CORRECTED) STIPULATION AND ORDER TO FILE AMENDED COMPLAINT AND CONTINUE TRIAL DATE AND CONTINUE DISCOVERY DATES |

WHEREAS, after the discovery and investigation conducted in this action, it now appears that the currently named plaintiffs do not have the proper standing to bring this action. Rather than the currently named plaintiffs, the following entities are the proper party plaintiffs: Golden Wolf Partners, Grey Wolf Partners, and Sun /wolf Partners. Accordingly, the parties have agreed that Plaintiffs Tom Avinelis, Karen Avinelis, Lynn Shafer, and Salley Shafer should be allowed to amend the First Amended Complaint to name Golden Wolf Partners, Grey Wolf Partners, and Sun Wolf Partners so that the correct parties, with standing to bring this action are able to pursue this action. See Declaration of D. Mitchell Taylor ("Taylor Declaration") attached hereto as Exhibit 1.

/ / /

---

*Stipulation and Proposed Order to File Amended Complaint and Continue Trial Date and Continue Discovery Dates*

Avinelis, et al vs. BASF                                1                                1:08cv618-LJO-SMS

WHEREAS, the addition of Golden Wolf Partners, Grey Wolf Partners, and Sun Wolf Partners raises additional factual and legal issues that must be addressed by the parties in discovery. In order that the parties may conduct such discovery and to afford an opportunity to put this case in a posture with a reasonable opportunity of resolving this action short of trial, he parties have agreed that the trial date and pre-trial deadlines should be continued as provided below, or as it otherwise convenient for the Court. See Taylor Declaration attached hereto as Exhibit 1.

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES, THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD, that the First Amended Complaint on file herein, be amended to correctly name the plaintiffs, by the filing of the Second Amended Complaint attached hereto as Exhibit 2.

IT IS FURTHER STIPULATED AND AGREED that the trial date of March 8, 2010 be continued to February 22, 2011.

IT IS FURTHER STIPULATED AND AGREED that pre-trial and discovery cutoff dates be continued as follows:

1. Expert Disclosure:    The current deadline for the disclosure of experts witnesses is to be extended from October 9, 2009 to July 15, 2010.

2. Supplemental Expert Disclosure:    The current deadline for any supplemental disclosure of expert witnesses is to be extended from October 20, 2009 to August 1, 2010.

3. Non-Expert Discovery Cutoff:    The current deadline for the completion of non-expert discovery and the hearing of any related discovery motions (including motions to compel) is to be extended from November 20, 2009 to September 10, 2010.

/ / /

/ / /

4. Expert Discovery Cutoff:    The current deadline for the completion of all expert discovery and the haring of any related discovery motions (including motions to compel) is to be extended from November 20, 2009 to September 10, 2010.

5. The Pre-trial Motion filing deadline shall be extended from December 4, 2009 to October 29, 2010.

6. The Pre-Trial Motion hearing deadline shall be extended from January 7, 2010 to December 7, 2010.

7. The Pre-Trial Conference shall be continued from January 27, 2010 to December 16, 2010.

Date: October 15, 2009				LAW OFFICE OF D. MITCHELL TAYLOR

						By:    /s/D. Mitchell Taylor
						       D. Mitchell Taylor
						       Attorney for Plaintiffs,
						       TOM AVINELIS, KAREN AVINELIS,
						       LYNN SHAFER AND SALLEY SHAFER

Date: October 15, 2009				REED SMITH LLP

						By:    /s/J. David Bickham
						       J. David Bickham
						       Attorney for Defendant
						       BASF CORPORATION

/ / /

/ / /

/ / /

*Stipulation and Proposed Order to File Amended Complaint and Continue Trial Date and Continue Discovery Dates*

Avinelis, et al v. BASF                 3

# **ORDER**

IT IS HEREBY ORDERED that the Jury Trial date in this action shall be continued from March 8, 2010 to Tuesday, February 22, 2011, to be heard in front of Judge Lawrence J. O'Neill commencing at 8:30 a.m. in Department 4.

IT IS FURTHER ORDERED that the previously set pre-trial dates and discovery deadlines are vacated and the following new dates and deadlines are established:

1. Expert Disclosure: Any expert witness disclosures shall be served by July 15, 2010;

2. Supplemental Expert Disclosure: Any expert witness disclosures shall be served by August 1, 2010;

3. Non-Expert Discovery (and Related Discovery Motions) Cutoff:   All non-expert discovery and related discovery motions (including motions to compel) shall be completed or heard no later than September 10, 2010;

4. Expert Discovery (and Related Discovery Motions) Cutoff:   All expert discovery and related discovery motions (including motions to compel) shall be completed or heard no later than September 10, 2010;

5. Pretrial Motion Filing Deadline: All pretrial motions, both dispositive and non dispositive (except discovery motions addressed above), shall be served and filed no later than October 29, 2010;

/ / /

/ / /

6. Pretrial Motion Hearing Deadline: All pretrial motions, both dispositive and non dispositive (except discovery motions addressed above), shall be set before the appropriate judge for a hearing to be conducted no later than December 7, 2010;

7. The Pre-trial Conference shall be continued from January 27, 2010 to December 16, 2010 at 8:30 a.m. before Judge Lawrence J. O'Neill in Department 4.

8. Five (5) days from service of this Order, Plaintiffs shall e-file the Second Amended Complaint.

**IT IS SO ORDERED.**

**Dated:     October 16, 2009                    /s/ Sandra M. Snyder**
                                                **UNITED STATES MAGISTRATE JUDGE**