D.MITCHELL TAYLOR (SBN 109444)
LAW OFFICE OF D. MITCHELL TAYLOR
599 East Serena Avenue
Fresno, California 93720
Telephone: (559) 434-9025
Facsimile: (559) 434-9026

Attorney for Plaintiffs,
GOLDEN WOLF PARTNERS, SUN WOLF
PARTNERS, and GREY WOLF PARTNERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN WOLF PARTNERS, SUN WOLF PARTNERS, and GREY WOLF PARTNERS,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>BASF CORPORATION, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants, | Case No. 1:08CV618-LJO-SMS<br><br>Hon. Lawrence J. O'Neill<br><br>**DENIED** - STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINE SET FORTH IN SCHEDULING CONFERENCE ORDER |

**ORDER**

IT IS HEREBY ORDERED that all previously set discovery deadlines are vacated and the following new dates and deadlines are established:

1. Expert Disclosure:    Any expert witness disclosures shall be served by August 13, 2010;

2. Supplemental/Rebuttal Expert Disclosure:    Any supplemental/rebuttal expert witness disclosures shall be served by August 30, 2010;

1

3. Non-Expert Discovery (and Related Discovery Motions) Cutoff: All non-expert discovery and related discovery motions (including motions to compel) shall be completed or heard no later than October 8, 2010;

4. Expert Discovery (and Related Discovery Motions) Cutoff: All expert discovery and related discovery motions (including motion to compel) shall be completed or heard no later than October 8, 2010.

**Stipulation DENIED without prejudice pending ruling on Motion to Amend [Doc. 57] and follow-up discovery status conference with the Court.**

Dated:   June 18, 2010              /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE