# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN WOLF PARTNERS, et al., | CASE NO. 1:08-cv-00618-LJO-SMS |
| Plaintiffs, | |
| v. | ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT |
| BASF CORPORATION, et al., | |
| Defendants. | (Doc. 57) |

On June 16, 2010, Plaintiffs moved for leave to file a third amended complaint (Doc. 57). On July 6, 2010, Defendants filed a statement of non-opposition (Doc. 60). Accordingly, this Court hereby GRANTS Plaintiffs leave to file a third amended complaint in the form set forth in Document 57, Attachment 4.

IT IS SO ORDERED.

Dated:   July 8, 2010                           /s/ Sandra M. Snyder
                                                UNITED STATES MAGISTRATE JUDGE