1

D. MITCHELL TAYLOR (SBN 109444)
LAW OFFICE OF D. MITCHELL TAYLOR

2

599 East Serena Avenue

3

Fresno, California 93720
Telephone: (559) 434-9025

4

Facsimile: (559) 434-9026

5

Attorney for Plaintiffs
GOLDEN WOLF PARTNERS, SUN WOLF

6

PARTNERS, and GREY WOLF PARTNERS

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

GOLDEN WOLF PARTNERS, SUN WOLF
PARTNERS, and GREY WOLF PARTNERS,

No.: 1:08-cv-00618-LJO-SMS

11

Hon. Lawrence J. O'Neill

Plaintiffs,

12

**STIPULATION AND ORDER TO
CONTINUE DISCOVERY
DEADLINES SET FORTH IN
SCHEDULING CONFERENCE ORDER**

vs.

13

14

BASF CORPORATION, and DOES 1 through
50, inclusive,

15

Defendants.

16

17

18

WHEREAS the Court has entered the October 16, 2009 Scheduling Conference Order

19

establishing deadlines for the completion of certain specified discovery; and

20

21

WHEREAS the discovery deadlines in this action were vacated upon Plaintiffs' motion to

22

amend the Second Amended Complaint;

23

24

IT IS FURTHER STIPULATED AND AGREED that the following pre-trial and discovery

25

cutoff dates be set in this action as follows:

26

27

28

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

1.      Expert Disclosure:  The current deadline for the disclosure of expert witnesses is to be extended from July 15, 2010 to September 9, 2010.

2.      Supplemental/Rebuttal Expert Disclosure:  The current deadline for any disclosure of supplemental/rebuttal expert witnesses is to be extended from July 30, 2010 to September 22, 2010.

3.      Non-Expert and Expert Discovery Cutoff:  The current deadline for the completion of non-expert discovery is to be extended from September 10, 2010 to October 8, 2010.

4.      Non-Expert and Expert Discovery Motions Cutoff:  The current deadline for the hearing of all non-expert discovery motions (including motions to compel) is to be extended from September 10, 2010 to October 22, 2010.

5.      Pretrial Motion Filing Deadline:  The current deadline for the filing of all pretrial motions is to be extended from December 4, 2009 to November 8, 2010.

IT IS FURTHER STIPULATED THAT all other dates and deadlines referenced on the Scheduling Conference Order entered October 16, 2009 shall remain the same, including the jury trial date of February 22, 2011 at 8:30 a.m. in Department 4.

Dated: August 25, 2010.                    REED SMITH LLP

By    /s/ J. David Bickham
                J. David Bickham
                Attorneys for Defendant
                BASF CORPORATION

*STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY DEADLINES*

PDF created with pdfFactory trial version www.pdffactory.com

1

Dated: August 25 , 2010.                LAW OFFICE OF D. MITCHELL TAYLOR

2

3       By   /s/D.Mitchell Taylor
        D. Mitchell Taylor Attorney for Plaintiffs
4       GOLDEN WOLF PARTNERS, SUN WOLF PARTNERS,
        and GREY WOLF PARTNERS

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY DEADLINES*

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

**IT IS HEREBY ORDERED** that the previously set discovery deadlines are vacated and the following new dates and deadlines are established:

1.      Expert Disclosure: Expert witness disclosures shall be served by September 9, 2010;

2.      Supplemental/Rebuttal Expert Disclosure: Any supplemental/rebuttal expert witness disclosures shall be served by September 22, 2010;

3.      Non-Expert and Expert Discovery Cutoff: All non-expert discovery shall be completed no later than October 8, 2010;

4.      Non-Expert and Expert Discovery Motions Cutoff:  All non-expert discovery motions (including motions to compel) shall be heard no later than October 22, 2010;

5.      Pretrial Motion Filing Cutoff: All pretrial motions shall be filed no later than November 8, 2010.


**IT IS SO ORDERED.**

**Dated:   August 31, 2010                       /s/ Sandra M. Snyder**
**                                                 UNITED STATES MAGISTRATE JUDGE**

PDF created with pdfFactory trial version www.pdffactory.com