J. David Bickham (SBN 145449)
dbickham@reedsmith.com
Meghan K. Landrum (SBN 222264)
mklandrum@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105
Telephone:     +1 415.543.8700
Facsimile:     +1.415.392.8239

Attorneys for Defendant
BASF CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN WOLF PARTNERS, SUN WOLF PARTNERS, GREY WOLF PARTNERS,<br><br>Plaintiffs,<br><br>vs.<br><br>BASF CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | No.: CV F08-0618 LJO SMS<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT BASF CORPORATION'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY ADJUDICATION AND PRE-TRIAL CONFERENCE**<br><br>Hon. Lawrence J. O'Neill |

WHEREAS Defendant BASF Corporation ("BASF") filed and served its Motion for Summary Judgment, or in the Alternative, Motion for Summary Adjudication ("Motion for Summary Judgment"), on November 8, 2010, according to the discovery deadlines set out in the Court's Order to Continue Discovery Deadlines, dated August 31, 2010; and

WHEREAS the last day to hear pre-trial motions is December 7, 2010 per the Court's October 16, 2009 Order to File Amended Complaint and Continue Trial Date and Continue Discovery Dates; and

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE

WHEREAS the pre-trial conference is currently scheduled for December 16, 2010; and

WHEREAS the parties understand that Court does not intend to hear oral argument on BASF's Motion for Summary Judgment unless otherwise ordered;

IT IS FURTHER STIPULATED AND AGREED that the following pre-trial dates be set in this action as follows:

1. Plaintiffs will file and serve their Opposition to BASF's Motion for Summary Judgment, if any, by November 29, 2010.

2. BASF will file and serve their Reply in Support of BASF's Motion for Summary Judgment, if any, by December 8, 2010.

3. The hearing date of December 7, 2010 will be vacated and no oral argument will be heard unless otherwise ordered by the Court.

4. The Pre-Trial Conference will be held on January 19, 2011.

Dated:  November 22, 2010.         REED SMITH LLP

                                   By     */s/ Meghan K. Landrum*
                                          J. David Bickham
                                          Meghan K. Landrukm
                                          Attorneys for Defendant
                                          BASF CORPORATION

- 2 -

Dated: November 22, 2010.        LAW OFFICE OF D. MITCHELL TAYLOR

                                 By     */s/ Mitchell Taylor*
                                    D. Mitchell Taylor
                                    Attorney for Plaintiffs
                                    GOLDEN WOLF PARTNERS, SUN WOLF
                                    PARTNERS, GREY WOLF PARTNERS,

- 3 -

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE

# **ORDER**

**IT IS HEREBY ORDERED** that the previously set pre-trial hearing deadline and Pre-Trial Conference date are vacated and the following new dates and deadlines are established:

1. Plaintiffs will file and serve their Opposition to BASF's Motion for Summary Judgment, if any, by November 29, 2010.

2. BASF will file and serve their Reply in Support of BASF's Motion for Summary Judgment, if any, by December 8, 2010.

3. The hearing date of December 7, 2010 will be vacated and no oral argument will be heard unless otherwise ordered by the Court.

4. The Pre-Trial Conference currently set for 12/16/2010 has been continued to January 19, 2011 at 8:30a.m.

**IT IS SO ORDERED.**

DATED:   November 23, 2010.

_/s/ Lawrence J. O'Neill_____
Honorable Lawrence J. O'Neill
United States District Judge

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE