1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                          EASTERN DISTRICT OF CALIFORNIA
8
9   GOLDEN WOLF PARTNERS,                    CASE NO. CV F 08-0618 LJO SMS
    et al.,
10
                        Plaintiffs,          **ORDER AFTER SETTLEMENT**
11        vs.                                (Docs. 16, 21.)
12  BASF CORPORATION,
13                      Defendant.
    _____/
14

15        Plaintiffs' counsel notified this Court that settlement has been reached.  Pursuant to this Court's

16  Local Rule 160, this Court ORDERS the parties, **no later than March 4, 2011,** to file appropriate

17  papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not

18  been dismissed.

19        This Court VACATES all pending dates and matters, including the February 16, 2011 motions

20  in limine hearing and February 22, 2011 trial.

21        Failure to comply with this order may be grounds for the imposition of sanctions on counsel or

22  parties who contributed to violation of this order.  *See* Local Rules160 and 272.

23

24  IT IS SO ORDERED.

25  **Dated:     February 2, 2011**              _____/s/ Lawrence J. O'Neill_____
                                                  UNITED STATES DISTRICT JUDGE
26

27

28