D. MITCHELL TAYLOR - SBN 109444
LAW OFFICE OF D. MITCHELL TAYLOR
599 East Serena Avenue
Fresno, California 93720
Telephone: (559) 434-9025
Facsimile: (559) 434-9026

Attorney for Plaintiffs,
Golden Wolf Partners,
Sun Wolf Partners, and
Grey Wolf Partners.

UNITED STATES DISTRICT COURTS

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN WOLF PARTNERS, SUN WOLF PARTNERS, GREY WOLF PARTNERS, <br><br> Plaintiffs, <br><br> vs. <br><br> BASF CORPORATION, and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 1:08CV618-LJO-SMS <br><br> Hon. Lawrence J. O'Neill <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |

It is hereby stipulated, between plaintiffs, Golden Wolf Partners, Sun Wolf Partners, Grey Wolf Partners and defendant BASF Corporation, by and through their respective counsel of record, that the Court may make and enter its Order dismissing this action in its entirety with prejudice.

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | DATED: March 14, 2011 | LAW OFFICES OF D. MITCHELL TAYLOR |
| 2 | | |
| 3 | | By: */s/D. Mitchell Taylor* |
| 4 | | D. Mitchell Taylor, Attorney for Plaintiffs, Golden Wolf Partners, Sun Wolf Partners, and Grey Wolf Partners |
| 5 | | |
| 6 | DATED: March 14, 2011 | REED SMITH LLP |
| 7 | | |
| 8 | | By: */s/J. David Bickham* |
| 9 | | J. David Bickham<br>Meghan K. Landrum<br>Connie K. Lew |
| 10 | | Attorneys for Defendant BASF Corporation |

### ORDER

Based on the above stipulation, this Court DISMISSES with prejudice this action and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   March 15, 2011**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE